UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

CHARITY DANSO, on behalf of herself and all others similarly situated,

                                  Plaintiff,

Civil Action No: 24-cv-3167

  -v.-

COSY HOUSE, LLC

                                  Defendants.

---------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed with prejudice by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 5th day of June, 2024

                                  */s/ Rami Salim*
                                  Rami Salim, Esq.
                                  rsalim@steinsakslegal.com
                                  Stein Saks, PLLC
                                  One University Plaza, Suite 620
                                  Hackensack, NJ 07601
                                  Tel: (201) 282-6500
                                  Fax: (201) 282-6501
                                  ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 5, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Rami Salim*
                                                Rami Salim