UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHARITY DANSO, on behalf of herself and all others similarly situated,

                      Plaintiff,

  -v.-

COSY HOUSE, LLC,

                      Defendants.

------------------------------------------------------------x

Civil Action No: 1:24-cv-3167

## NOTICE OF VOLUNTARY DISMISSAL

    IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 22, 2024                                                         Respectfully Submitted,

                                                                     /s/Rami Salim
                                                                    Rami Salim
                                                                    **Stein Saks, PLLC**
                                                                    One University Plaza, Suite 620
                                                                  Hackensack, NJ 07601
                                                                    rsalim@steinsakslegal.com
                                                                    Tel. 201-282-6500
                                                                    Fax 201-282-6501
                                                                    *Attorneys for Plaintiff*

## **Certificate of Service**

  I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

  This 22nd day of July, 2024        Respectfully Submitted,

                   <u>*/s/ Rami Salim*</u>
                   Rami Salim